UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RAY HILL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:08-CV-0146-G |
| INTERNAL REVENUE SERVICE, | ) | |
| | ) | **ECF** |
| Respondent. | ) | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and recommendation of the Magistrate Judge are correct, and they are hereby accepted as the findings of the court. Petitioner's motion to proceed *in forma pauperis* [Doc. #5] is **DENIED**. Petitioner is ordered to pay the $350.00 statutory filing fee within 20 days after this recommendation is adopted by the district judge. If he fails to do so, this case will be dismissed without further notice.

**SO ORDERED**.

March 19, 2008.

_____
**A. JOE FISH
Senior United States District Judge**